In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Lands Required for the Opening of HAWKSTONE STREET.

CITY REAL ESTATE COMPANY, Appellant.

(Submitted January 3, 1911; decided January 10, 1911.)

Motion to amend remittitur denied, with ten dollars costs. (See 199 N. Y. 567.)

---

JOHN AITKEN, Individually and as Trustee, Appellant, v. CHARLES H. YOUNG, as Executor of GEORGE FERGUSON, Deceased, et al., Respondents.

(Submitted January 3, 1911; decided January 10, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 200 N. Y. 501.)

---

THE PEOPLE OF THE STATE OF NEW YORK; Respondent, v. PATSY ANTICO, Appellant.

*People* v. *Antico*, 134 App. Div. 938, appeal dismissed.
(Submitted January 3, 1911; decided January 10, 1911.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 12, 1909, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of extortion.

The motion was made upon the ground of failure to prosecute the appeal.

*Samuel H. Evins, District Attorney,* for motion.

No one opposed.

Motion granted.